UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT E. ALLEN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7678** |
| **WARDEN KELLY** | **SECTION "T"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Robert E. Allen's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

New Orleans, Louisiana, this 9th day of January, 2019.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**